

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00097-CV

Sharyn **DACBERT**,
Appellant/Cross Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer
Appellees/Cross Appellant

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant/cross-appellee's motion for an extension of time to file her responsive brief is GRANTED. The brief is due on or before **November 21, 2022**.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court